M. P. No. 1776. LOUIS E. LALLO v. HENRY L. FEDERICO et al., Members of Town Council of Westerly. Motion of respondents for enlargement of time in which to file memorandum in opposition to petition for writ of certiorari is granted. John F. Lallo,

*John P. Toscano, Jr.,* for petitioner. *Robert E. Liguori,* Town Solicitor, for respondents.